UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ERIC MICHAEL IGLESIAS,

         Plaintiff,

                     DECISION AND ORDER
    v.                    14-CV-251A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

         Defendant.

    The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 21, 2015, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 14), recommending that the decision of the Commissioner should be reversed and the matter be remanded for further administrative proceedings.  The Magistrate Judge further recommended that defendant Commissioner's motion for judgment on the pleadings (Dk.t No. 9) be denied and plaintiff's motion for similar relief in his favor (Dkt. No. 5) should be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the Commissioner is reversed and the matter is remanded for further administrative

proceedings. Further, defendant Commissioner's motion for judgment on the pleadings is denied and plaintiff's motion for similar relief in his favor is granted.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  March 27, 2015